FILED BY _____

2007 JUL 10 AM 9:29

CLARENCE
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Rally Manufacturing Inc.  )
)
Plaintiff,  )
)
v.  )  Case No. 07-21766
)  CIV-MORENO
International Distributors USA Inc., and  )
Sherco Automotive Supply  )  MAGISTRATE JUDGE
)  SIMONTON
Defendants.  )

## COMPLAINT AND
## JURY TRIAL REQUEST

Rally Manufacturing Inc. (hereinafter "Rally"), and for its cause of action against Defendants, International Distributors USA Inc. (hereinafter "International Distributors"), and Sherco Automotive Supply, hereinafter "Sherco") and collectively herein after referred to as "Defendants," for patent infringement for which Rally alleges:

### Parties and Jurisdiction

1.  Rally is a corporation formed under the laws of Florida having its principal place of business at 5225 NW 159th Street Miami Florida 33014.

2.  On information and belief Defendant International Distributors is a New York corporation having a principal place of business at One Wall Street Court, Suite 1003, New York NY 10005.

3.  On information and belief Defendant Sherco is a Florida Corporation having a principal place of business at 5431 NW 15 St #9, Margate, FL 33063.

4. This is a complaint for infringement of U.S. Patent No. 6,279,746 (hereinafter "the '746 Patent") under 35 U.S.C. §271.

5. This Court has original and exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331, 1338(a). Venue is proper under 28 U.S.C. §§ 1391 and 1400(a).

## General Allegations

6. Rally is in the business of designing, manufacturing, importing distributing and selling high-end automotive accessories and amongst a host of products manufactures and sells wiper blades with associated packaging.

7. Rally's in-house designers conceived of and reduced to practice a new reclosable packaging for wiper blades. As a result of Rally's in-house design efforts, Rally filed for and obtained U.S. Patent No. 6,279,746 (hereinafter referred to as "the '746 Patent). (A copy of the '746 Patent is attached hereto as Exhibit 1 and is incorporated herein by reference). The '746 Patent was filed for on May 22, 2000 and issued on August 28, 2001. The inventors of the '746 Patent are Saied Hussaini and Marc Iacovelli.

8. The '746 Patent is presumed valid by virtue of 35 U.S.C. § 282.

9. Plaintiff Rally is the owner of the '746 Patent by virtue of an assignment from the inventors to Rally which was properly recorded at the U.S. Patent Office. The '746 Patent is enforceable until March 22, 2020.

10. International Distributors sells, has sold or has offered to sell within the United Sates and within this Judicial District, wiper blades within packaging that infringes the '746 Patent and duplicates nearly every aspect of Rally's patented design.

11. Defendant Sherco sells, has sold, and or has offered to sell within the United Sates and within this Judicial District, wiper blades within packaging that infringes the '746 Patent and duplicates nearly every aspect of Rally's patented design..

12. On information and belief International Distributors is using the same overseas manufacturer as Rally to manufacture the infringing reclosable packaging.

## COUNT I
## Patent Infringement

13. Paragraphs 1 through 12 are adopted and incorporated herein by reference as if fully set out in this paragraph 13.

14. Rally is the owner of the '746 Patent.

15. The '746 Patent is based on fundamental discoveries and inventions in the field of recloseable product packaging.

16. The invention set forth in the '746 Patent responds to a long felt need in the art of reclosable packaging and has been commercially successful.

17. The Defendants sell, distribute, and offer for sale within this Judicial district the invention covered by the '746 Patent.

18. Defendants have infringed upon the '746 Patent in violation of Title 35 U.S.C. §271 by making, using, selling, offering to sell, and/or importing wiper blades within packaging which infringes the '746 Patent, all to the damage and injury of Plaintiff Rally.

19. International Distributors has sold and offered for sale wiper blades in reclosable packaging that infringes the '746 Patent after constructive notice of the '746

Patent and on information and belief continues to sell the accused infringement packaging after having notice of the accusation of infringement.

20. Defendants sell and have sold windshield wiper blades with associated infringing reclosable packaging within the United States without license from the Plaintiff.

21. On information and belief International Distributors' actions were willful and in direct disregard of Plaintiff's patent rights.

22. Plaintiff Rally has suffered and continues to suffer irreparable damage and injury for which there is no adequate remedy at law against the Defendants for their infringement of the '746 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rally prays that judgment be entered by this Court in its favor and against Defendants International Distributors and Sherco providing the following relief:

A. That Defendants, their agents, affiliates, subsidiaries, servants, employees and attorneys and those persons in active concert with or controlled by them be permanently enjoined from:

    1. Making, using and selling products which infringe the '746 Patent;

    2. Inducing others to infringe the '746 Patent;

B. That Defendants be required to account to Plaintiff for Plaintiff's lost profits and for all damages sustained by and entitled to Plaintiff by reason of the infringement of the '746 Patent (35 U.S.C. § 284, 289);

C. That judgment be entered against Defendants for Plaintiff's damages in an amount to be determined at trial, and for prejudgment interest based on infringement damages accruing from the date of Defendants' respective acts of infringement;

D. That a determination be made that Defendant International Distributor's actions were willful in disregard to Plaintiff's rights and be required to pay to Plaintiff the costs of this action and Plaintiff's reasonable attorneys' fees (35 U.S.C. § 285), and that damages be trebled;

E. An order directing Defendants to deliver to Rally for immediate destruction all remaining infringing packaging, advertisements, circulars, brochures or other promotional or advertising items, web site or other materials for their infringing packaging;

F. Rally also seeks such other and further relief as may be proper and just.

## Request for Trial by Jury

Plaintiff Rally requests a trial by jury.

Kluger, Peretz, Kaplan & Berlin, P.L.
17th Floor Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131
Tel. 305 379 9000
Fax 305 379 3428

By: _____
Abbey L. Kaplan
Florida Bar No. 200255
akaplan@kpkb.com
Steven I. Peretz
Florida Bar No. 329037
speretz@kpkb.com

Of Counsel:
Matthew F. Johnston
mjohnston@bwsiplaw.com
Berenato White & Stavish
6550 Rock Spring Drive, Suite 240
Bethesda, MD 20841
Tel 301 896 0600
Fax 301 896 0607

# CIVIL COVER SHEET

**07-21766**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## 1.(a) PLAINTIFFS
RALLY MANUFACTURING, INC.

## DEFENDANTS
INTERNATIONAL DISTRIBUTORS, USA, INC., AND SHERCO AUTOMOTIVE SUPPLY

**CIV-MORENO**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Miami-Dade
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(EXCEPT IN U.S. PLAINTIFF CASES)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DADE-07-21766-CIV-MORENO-SIMONTON

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Steven I. Peretz, Kluger Peretz Kaplan & Berlin, PL
201 South Biscayne Blvd., Seventeenth Floor, Miami, FL 33131
Telephone 305 379 9000

ATTORNEYS (IF KNOWN)

**MAGISTRATE JUDGE SIMONTON**

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A. CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 RR & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs. | A PROPERTY RIGHTS | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 820 Copyrights | |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | [X] 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 840 Trademark | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | A☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | A☐ 791 Empl Ret Inc. Security Act | | ☐ 950 Constitution of the State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions A OR B |
| | | B☐ 555 Prison Condition | | | |

## V. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Patent 35 § 271
Trademark infringement under 28 U.S.C. §§ 1337(a)

LENGTH OF TRIAL
via ___5___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES  ☐ NO

## VIII. RELATED CASE(S) (See Instructions):
IF ANY    JUDGE _____  DOCKET NUMBER: _____

DATE JULY 9, 2007    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 962902   AMOUNT $350.00   APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

07/10/07

{Intellect\0464\0007\M0443582 v.1; 7/9/2007 02:35 PM}