UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-21766-CIV-MORENO

RALLY MANUFACTURING INC.,

    Plaintiff,

vs.

INTERNATIONAL DISTRIBUTORS USA INC.,
AND SHERCO AUTOMOTIVE SUPPLY,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice **(D.E. No. 3)**, filed on **October 2, 2007**.  It is

**ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of October, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record